```
DELTA LAW GROUP
A PROFESSIONAL LAW CORPORATION
JIM G. PRICE, ESQ., SBN 119324
6569 BRENTWOOD BOULEVARD
P.O. BOX 1417
BRENTWOOD, CA  94513
TELEPHONE:  925-516-4686
FACSIMILE:  925-516-4058

Attorneys for Plaintiff
RENEE SOUZA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE SOUZA, an individual, ) | Case No. 14-cv-00311-KAW |
| ) | |
| Plaintiff, ) | **NOTICE OF SETTLEMENT** |
| ) | |
| v. ) | |
| ) | |
| MIDLAND FUNDING, LLC, a limited ) | |
| liability company and DOES 1 ) | |
| through 20, inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |

   **NOTICE IS HEREBY GIVEN** that the parties have reached a settlement in the above-captioned action.  The Plaintiff will file a dismissal with prejudice pursuant to Federal

///

///

///

Rule of Civil Procedure 41(a) once the settlement is fully consummated.

DATED:  April 16, 2014            DELTA LAW GROUP

                                  /s/ Jim G. Price

                              BY:_____
                                  JIM G. PRICE
                                  Attorneys for Plaintiff
                                  RENEE SOUZA