```
DELTA LAW GROUP
A PROFESSIONAL LAW CORPORATION
JIM G. PRICE, ESQ., SBN 119324
6569 BRENTWOOD BOULEVARD
P.O. BOX 1417
BRENTWOOD, CA  94513
TELEPHONE:  925-516-4686
FACSIMILE:  925-516-4058

Attorneys for Plaintiff
RENEE SOUZA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE SOUZA, an individual,  )<br>  )<br>         Plaintiff,         )<br>                              )<br>v.                            )<br>                              )<br>MIDLAND FUNDING, LLC, a limited )<br>liability company and DOES 1  )<br>through 20, inclusive,        )<br>                              )<br>         Defendants.          )<br>                              )<br>_____) | Case No. 14-cv-00311-KAW<br><br>~~[PROPOSED]~~ **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

   IT IS HEREBY ORDERED that based upon the stipulation of the parties, the above-captioned action is dismissed with prejudice pursuant to FRCP 4(a)(1)(A)(ii).

///

///

///

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE                    Page 1

1   IT IS SO ORDERED.

2

3  Dated: 8/25/14

4

5                                     _____
                                      HONORABLE MAGISTRATE JUDGE
                                      KANDIS A. WESTMORE